R. W. BARRINGTON v. THE STATE.

No. 13734. Delivered November 26, 1930.
Reported in 32 S. W. (2d) 837.

The opinion states the case.

*B. F. Reymonds* and *Jeff A. Fowler,* both of Throckmorton, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—Aggravated assault is the offense; penalty, fine of $25.00.

The prosecution is by complaint and information. The affidavit to the complaint purports to have been taken before the county attorney, but the jurat does not bear his signature. As a basis for the prosecution upon an information, a complaint supported by affidavit is essential. Art. 415, C. C. P. See Vernon's Ann. Tex. C. C. P., Vol. 1, p. 313; also Stacy v. State, 258 S. W. 487, and authorities therein cited.

The judgment is reversed and the prosecution ordered dismissed.

*Reversed and dismissed.*

HAWKINS, J., absent.